UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14025-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES CORNILLIE,

    Defendant.

_____/

FILED by ___ D.C.

APR - 6 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATION SET FORTH IN CORRECTED PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for an initial appearance on the pending Corrected Petition Alleging Violation Of Supervised Release and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit the violation, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on April 6, 2011, for his initial appearance in respect to a Corrected Petition Alleging Violations Of Supervised Release. That Petition alleges the following violation:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about March 12, 2011, in Broward County, Florida, the defendant committed the offense of Petty Theft, contrary to Florida Statute 813.014. |

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit the violation set forth in the Petition. The possible maximum penalties which the Defendant was facing were read into the record by the government and the Defendant stated that he understood those penalties. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary

hearing in respect to the alleged violation. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

**ACCORDINGLY**, based upon the Defendant's admissions to the violation under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Number 1 set forth in the Corrected Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this 6th day of April, 2011, at Fort Pierce, Northern Division of the Southern District of Florida.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Theodore M. Cooperstein
AFPD Fletcher Peacock
U. S. Probation
U. S. Marshal