UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14025-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

JAMES FRANCIS CORNILLIE
#30305-004,

    Defendant(s).
_____/

COURT MINUTES
Date: April 19, 2011
Time: 15 Minutes

| | |
|---|---|
| TYPE OF HEARING: | Supervised Release Violation |
| PLAINTIFF'S COUNSEL: | AUSA Theodore Cooperstein |
| DEFENSE COUNSEL: | AFPD Fletcher Peacock |
| PROBATION OFFICER: | USPO John Minelli |
| INTERPRETER: | None |
| CLERK: | Robin Godwin |
| REPORTER: | Judy Shelton |
| PROCEEDINGS AT HEARING: | Court Adopts [42] Report & Recommendation issued April 6, 2011. Defendant admits to violation. Court finds Defendant guilty and REVOKES supervised release. Defendant committed to the custody of the Bureau of Prisons for a term of 12 Months, followed by supervised release for a term of 24 Months, including a special condition of mental health treatment. |